## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.P.P.R., INC. and LEHIGH PRESS PHARMACEUTICAL PRODUCTS, INC. : | : | CIVIL ACTION |
| Plaintiffs, : | | |
| v. : | | |
| : | | |
| KELLER CRESCENT CORPORATION : and CLONDALKIN GROUP, INC. : | : | NO.   10-2872 |
| Defendants. : | | |

### ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT

AND NOW, on this 30th day of September, 2011, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 32), and Plaintiffs' response thereto, and for the reasons discussed in the accompanying Memorandum of Law, it is hereby ORDERED that Defendants' Motion is DENIED as to Counts I and III and is GRANTED as to Counts II and IV.

A Final Pretrial Conference will be held by telephone on October 18, 2011 at 4:00 p.m.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2872 LPPR v. Keller\LPPR ORDER msj.wpd