IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.P.P.R., INC. and LEHIGH PRESS PHARMACEUTICAL PRODUCTS, INC. | : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| KELLER CRESCENT CORPORATION and CLONDALKIN GROUP, INC. | : : : | NO.   10-2872 |
| Defendants. | : | |

### ORDER RE: MOTION TO MOLD AMENDED JUDGMENT TO INCLUDE INTEREST

AND NOW, this 31st day of August, 2012, upon consideration of Plaintiffs' Request to Mold the Amended Judgment to Include Interest (ECF No. 141), and statement by Defendants' counsel that Defendants would not file a response to the motion and that the motion could be granted as unopposed, it is hereby ORDERED as follows:

(1) Plaintiffs' Motion (ECF No. 141) is GRANTED;

(2) **JUDGMENT IS ENTERED** in favor of Plaintiffs L.P.P.R., Inc. and Lehigh Press Pharmaceutical Products, Inc., and against Keller Crescent Corporation and Clondalkin Group, Inc., jointly and severally, in the amount of $317,449.88 (i.e. $286,123.30, plus $31,326.58 in prejudgment interest, calculated at 5.75% simple interest for the 695 days between September 19, 2010 and August 14, 2012), plus post-judgment interest until the judgment is paid.

BY THE COURT:
/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 10\10-2872 LPPR v. Keller\10cv2872.Order re Interest.wpd